Robert L. WOODSON, Appellant,

v.

CITY OF INDEPENDENCE, et al., Respondent.

No. WD 65379.

Missouri Court of Appeals, Western District.

Oct. 31, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 19, 2006.

Appellant Acting Pro Se.

Steven E. Mauer, Kansas City, MO, for Respondent.

Before JAMES M. SMART, JR., P.J., EDWIN H. SMITH, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

Robert Woodson appeals the trial court's judgment affirming the decision of the City of Independence Board of Building and Engineering Appeals. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).